RANDOLPH L. HOWARD, ESQ.
Nevada Bar No. 006688
SHLOMO S. SHERMAN, ESQ.
Nevada Bar No. 009688
**KOLESAR & LEATHAM**
400 South Rampart Boulevard, Suite 400
Las Vegas, Nevada 89145
Telephone: (702) 362-7800
Facsimile: (702) 362-9472
E-Mail:    rhoward@klnevada.com
           ssherman@klnevada.com

Attorneys for Judgment Creditor
AMERICAN BOARD OF SURGERY, INC.

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

\*\*\*

| | |
|---|---|
| AMERICAN BOARD OF SURGERY, INC., | Case No. 2:11-cv-01350 |
| Plaintiff/Judgment Creditor, | |
| vs. | |
| KEITH A. LASKO, et al., | |
| Defendants/Judgment Debtors. | |

### STIPULATION AND ORDER RE MOTION TO DETERMINE EXEMPT STATUS

Judgment Creditor, AMERICAN BOARD OF SURGERY, INC. ("Judgment Creditor"), by and through its undersigned attorneys of the law firm Kolesar & Leatham, together with Judgment Debtor Keith A. Lasko, by and through his counsel Karl J. Andersen, Esq. of the Law Offices of Karl Andersen, PC ("Judgment Debtor") hereby submit their consensual resolution of the Motion to Determine Exempt Status filed by Judgment Creditor, and stipulate and agree as follows:

I

### RECITALS

1.     On or about January 7, 2011, a judgment was entered against Judgment Debtor

1  KEITH A. LASKO (the "Judgment Debtor") in the United States District Court for the Eastern
2  District of Pennsylvania as Docket No. 46 of that the court's docket.

3      2.    On or about March 1, 2011, the aforementioned judgment was registered with this
4  Court pursuant to 28 U.S.C. § 1963 (the "Judgment") as Docket No. 1.

5      3.    In connection with the Judgment, the Clerk of this Court issued a Writ of Execution
6  for the purpose of satisfying the Judgment out of the Judgment Debtor's assets. *See* Docket No. 4.

7      4.    Judgment Creditor thereafter instructed the U.S. Marshall to seize two vehicles
8  registered to the Judgment Debtor in the State of Nevada: one 2002 Mercedes-Benz, VIN
9  WDBRF64J52F233284 (the "Mercedes"), and one 1993 BMW, VIN WBACB4313PFL06309 (the
10  "BMW," and collectively with the Mercedes, the "Vehicles") to be auctioned in partial satisfaction
11  of the Judgment.

12      5.    On August 6, 2011, the U.S. Marshall seized both Vehicles.

13      6.    Section 21.090(1) of the Nevada Revised Statutes provides that "[t]he following
14  property is exempt from execution, except as otherwise specifically provided in this section or
15  required by federal law…(f) Except as otherwise provided in paragraph (p), *one vehicle* if the
16  judgment debtor's equity does not exceed $15,000 or the creditor is paid an amount equal to any
17  excess above that equity." (Emphasis added.)

18      7.    Judgment Debtor has elected to claim the Mercedes as his one exempt vehicle under
19  N.R.S. § 21.090(1).

20      8.    Judgment Creditor agrees not to contest Judgment Debtor's election.

21      9.    Judgment Debtor has agreed not to contest the sale of the BMW in partial
22  satisfaction of the Judgment.

23      WHEREFORE it is hereby stipulated and agreed that:

24      A.    The Mercedes shall constitute Judgment Debtor's exempt vehicle under N.R.S. §
25  21.090(1)(f);

26      B.    The U.S. Marshall and/or its designated custodian is hereby directed to release the
27  Mercedes to Judgment Debtor forthwith;

28      C.    The U.S. Marshall is hereby directed to sell the BMW pursuant to the Writ of

KOLESAR & LEATHAM
400 South Rampart Boulevard, Ste. 400
Las Vegas, Nevada 89145
Tel: (702) 362-7800 / Fax: (702) 362-9472

1 | Execution and to apply the net proceeds therefrom in partial satisfaction of the Judgment.

2 | DATED this 15th day of August, 2011.

| KOLESAR & LEATHAM | LAW OFFICES OF KARL ANDERSEN, PC |
|---|---|
| By _____ | By _____ |
| RANDOLPH L. HOWARD, ESQ. | KARL J. ANDERSEN |
| Nevada Bar No. 006688 | Nevada Bar No. 10306 |
| SHLOMO S. SHERMAN, ESQ. | 10161 Park Run Dr. Suite 150 |
| Nevada Bar No. 009688 | Las Vegas, NV 89145 |
| 400 South Rampart Boulevard, Suite 400 | |
| Las Vegas, Nevada 89145 | Attorney for Judgment Debtor |
| | KEITH A. LASKO |
| Attorneys for Judgment Creditor, | |
| AMERICAN BOARD OF SURGERY, INC. | |

## ORDER

**IT IS SO ORDERED** this 6th day of September, 2011.

_____
Gloria M. Navarro
United States District Judge