RANDOLPH L. HOWARD, ESQ.
Nevada Bar No. 006688
SHLOMO S. SHERMAN, ESQ.
Nevada Bar No. 009688
**KOLESAR & LEATHAM**
400 South Rampart Boulevard, Suite 400
Las Vegas, Nevada  89145
Telephone:  (702) 362-7800
Facsimile:  (702) 362-9472
E-Mail:     rhoward@klnevada.com
            ssherman@klnevada.com

Attorneys for Judgment Creditor
AMERICAN BOARD OF SURGERY, INC.

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

\*\*\*

| | |
|---|---|
| AMERICAN BOARD OF SURGERY, INC., | Case No. 2:11-cv-01350 |
| Plaintiff/Judgment Creditor, | |
| vs. | |
| KEITH A. LASKO, et al., | |
| Defendants/Judgment Debtors. | |

**ORDER AUTHORIZING EXAMINATION AND DIRECTING APPEARANCE OF JUDGMENT DEBTORS**

It appearing to the Court by the Ex Parte Application for Order Authorizing Examination of Judgment Debtor (the "Application") that judgments were entered against each of KEITH A. LASKO, AMERICAN BOARD OF GENERAL SURGERY, AMERICAN COUNCIL OF SURGICAL SPECIALISTS, and AMERICAN ACADEMY OF SURGERY AND AMERICAN COUNSEL OF GENERAL SURGEONS (collectively "Judgment Debtors"), and properly registered with this Court on March 1, 2011 (collectively, the "Judgments"), and good cause otherwise appearing:

**IT IS HEREBY ORDERED** that the Application is GRANTED.

**IT IS FURTHER ORDERED** that Judgment Debtor KEITH A. LASKO, in both is individual capacity, as well as in his capacity as Person Most Knowledgeable of the remaining

Judgment Debtors, shall appear at the office of the attorneys for Judgment Creditor on October 19, 2011, at the hour of 10:00 a.m. and on such further days as this Court shall name, to testify under oath concerning the property and assets of the Judgment Debtors.

**IT IS FURTHER ORDERED** that in advance of the aforementioned examination, the Judgment Debtors shall produce the documents identified on **Exhibit "A"** attached hereto to the office of the attorneys for Judgment Creditor by no later than 5:00 p.m. on October 14, 2011.

The Address of the attorneys for Judgment Creditor is:

> KOLESAR & LEATHAM
> Shlomo S. Sherman, Esq.
> 400 South Rampart Boulevard, Suite 400
> Las Vegas, NV 89145

**IT IS FURTHER ORDERED** that said Judgment Debtors are hereby forbidden in the meantime from disposing of any property not exempt from execution.

**IT IS FURTHER ORDERED** that a copy of this Order shall be served upon Judgment Debtors by mailing it to Judgment Debtor KEITH A. LASKO's counsel, who has entered an appearance in this matter, as well as to the last known addresses of the remaining Judgment Debtors, and that such mailing shall constitute complete and proper service on the Judgment Debtors.

**IT IS SO ORDERED.**

DATED this <u>16th</u> day of September, 2011.

_____
George Foley Jr.
United States Magistrate Judge

SUBMITTED BY:

**KOLESAR & LEATHAM**

By_____
RANDOLPH L. HOWARD, ESQ.
Nevada Bar No. 006688
SHLOMO S. SHERMAN, ESQ.
Nevada Bar No. 009688
400 South Rampart Boulevard, Suite 400
Las Vegas, NV 89145
Attorneys for Judgment Creditor

# EXHIBIT "A"

## General Instructions

A.   Capitalized terms not otherwise defined below shall have the meaning provided in the Order Authorizing Examination and Directing Appearance of Judgment Debtors.

B.   The terms "all," "any" and "each" shall be construed inclusively, and shall mean all, any and each.

C.   The connectives "and" and "or" shall be construed either disjunctively or conjunctively as necessary to bring within the scope of the discovery request all responses that might otherwise be construed to be outside of its scope.

D.   The term "person" refers to any natural individual, governmental entity, or business entity, including a corporation, partnership, association, limited liability company, or other entity or combination thereof, and all corporations, divisions, or entities affiliated with, owned, or controlled directly or indirectly or owning or controlling directly or indirectly any such entities as well as directors, officers, employees, agents, attorneys, affiliates, or other representatives thereof, or third parties retained by any of the above.

## Documents

1.   Copies of Federal and State income tax returns filed by each of the Judgment Debtors for the years 2009 and 2010.

2.   Copies of all Federal consolidated returns filed by any affiliates of each of the Judgment Debtors for the years 2009 and 2010.

3.   Copies of all Federal consolidating returns filed by any affiliates of each of the Judgment Debtor for the years 2009 and 2010.

4.   Records of any and all monies received by each of the Judgment Debtors whether in the nature of revenue, reimbursement of expenses, or reimbursement of loans for the past two (2) years.

5.   Documents reflecting all assets (real, personal or mixed) owned by each of the Judgment Debtors, either outright, or in partnership or joint ownership with any other individual or entity, for the past two (2) years.

6.   All check books, check registers, bank statements, deposit slips and canceled checks for all bank, savings, loan and/or any credit union accounts, in which any Judgment Debtor owns or owned any interest whatsoever, or in which it/he was authorized to draw checks, whether said documents were in its/his name alone, or in the name of another person and such Judgment Debtor jointly, for the past two (2) years,

7.   Copies of every certificate of title for every vehicle which each Judgment Debtor now owns or claims any interest to, or has owned within the past two (2) years.

8.   All documents evidencing any stocks, bonds, debentures or other securities, which each Judgment Debtor owns or claims any interest to or had any interest whatsoever in, either along or jointly with another, during the past two (2) years.

9.   Copies of all deeds, mortgages, escrow instructions, leases, escrow settlement papers, land contracts or other written documents relative to any and all real property that any

Judgment Debtor had any interest in whatsoever, whether in its name alone, in the name of another person, or with another person as joint tenants.

10. Documents identifying and reflecting the nature and extent of each Judgment Debtor's interests in any corporations, limited liability companies, or limited and general partnerships.

11. Documents evidencing each and every credit card in each Judgment Debtor's name or held jointly with another person, together with copies of all statements relating to such credit card(s) within the past two (2) years.

12. All existing employment contracts, service agreements, construction agreements, construction control or construction disbursement agreements, insurance policies, and/or bonds to which any Judgment Debtor is currently a party.

13. Copies of all agreements of sale or other documents relating to the purchase and/or sale of assets owned or to be owned by any Judgment Debtor and any corporation in which it/he is or was a stockholder, manager, director or partner.

14. All documents evidencing any and all notes, contracts, negotiable instruments receivable or accounts receivable, whether or not due, belonging to each Judgment Debtor or in which each Judgment Debtor has or had any interest whatsoever, either alone or jointly with any person or persons for the past two (2) years.

15. A complete inventory of all items of personal property valued in excess of $500 – including cash – owned by each Judgment Debtor or in any Judgment Debtor's possession. With respect to personal property owned by a Judgment Debtor but not in such Judgment Debtor's possession, provide the name and address of the individual or entity with possession of such property. With respect to personal property owned by an individual or entity other than a Judgment Debtor but within such Judgment Debtor's possession, identify the owner of each such item, as well as a description of the item.

16. Copies of all financial statements prepared and/or signed by each Judgment Debtor, during the past two (2) years.

17. A comprehensive statement detailing each Judgment Debtor's debts and obligations,

18. Copies of any records pertaining to leases, contracts, commercial paper and the like, in which any Judgment Debtor has an interest or under which it receives present income or is to receive future income including, but not limited to, promissory notes, deeds of trust, mortgages, etc.

19. Copies of all evidence of loans or indebtedness owed by each Judgment Debtor, including, but not limited to, real property mortgages, deeds of trust, promissory notes, as well as any memoranda, statements, or amortization schedules demonstrating the principal balances presently due.

20. Any and all appraisals of real or personal property owned by each Judgment Debtor or in which it/he has any interest.

21. Copies of all pending contracts, bids, or request for proposals either issued by a Judgment Debtor or to which a Judgment Debtor anticipates becoming a party.

22. A statement listing all lawsuits in which each Judgment Debtor is named as a party.

23. Copies of all applications for a loan or financing submitted by any Judgment Debtor within the past two (2) years.

24. To the extent that a Judgment Creditor is an entity, copies of all of such Judgment Creditor's corporate minutes and resolutions for the past two (2) years.

25. To the extent that a Judgment Creditor is an entity, copies of all of such Judgment Creditor's operating agreements and amendments thereto, articles or incorporation, shareholder agreements, and lists of officers for the past two (2) years.

26. Copies of all advertisements, flyers, prospectuses, marketing materials and websites prepared by or on behalf of any Judgment Debtor in connection with services or goods provided by such Judgment Debtor.

27. Any and all documents relating to any grants obtained by any Judgment Debtor from any private, governmental, or quasi-governmental foundation or entity.